FORREST v. PITT COUNTY BD. OF EDUCATION

No. 472A90

Case below: 100 N.C.App. 119

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 February 1991.

GRAY v. GRAY

No. 37P91

Case below: 101 N.C.App. 242

Petition by defendant (William L. Gray) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

HARROFF v. HARROFF

No. 19P91

Case below: 100 N.C.App. 686

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

IN RE CAUDLE

No. 47P91

Case below: 101 N.C.App. 242

Petition by Florence A. Caudle for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991. Motion to permit an amended affidavit, etc. denied 7 March 1991.

IN RE FORECLOSURE OF GREENLEAF CORP.

No. 445P90

Case below: 99 N.C.App. 489

Petition by Yates Construction Co. for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.